IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| JENNIFER NEWMACK,<br><br>Plaintiff,<br><br>-vs-<br><br>CAPITOL INDEMNITY CORPORATION,<br><br>Defendant. | Case 4:17-cv-00045-BMM<br><br>**ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO RESET PPTC AND HEARING ON MOTIONS** |

Upon review of Defendant Capitol Indemnity Corporation ("CIC") Motion to Reset Preliminary Pretrial Conference and Hearing on Motions, for good cause appearing, and noting Plaintiff does not object, the Court hereby GRANTS the Motion. The PPTC and Hearing set for 1:30 on September 11, 2017, are VACATED, and reset to **Thursday, September 21, 2017 at 3:00 p.m.**

**DATED** this 28th day of August, 2017.

_____
Brian Morris
United States District Court Judge