IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| JENNIFER NEWMACK, | Cause No.: CV-17-45-BMM |
| Plaintiff, | |
| v. | **ORDER OF DISMISSAL WITH PREJUDICE** |
| CAPITAL INDEMNITY CORPORATION, | |
| Defendant. | |

Pursuant to the Stipulation of the parties and good cause appearing therefor,

IT IS HEREBY ORDERED that the above-entitled action is DISMISSED WITH PREJUDICE, with each party bearing its own attorneys' fees and costs. All dates and deadlines in this case are VACATED.

DATED this 7th day of December, 2017.

_____
Brian Morris
United States District Court Judge